PSYCH-APPEAL, INC.
Meiram Bendat (Cal. Bar No. 198884)
8560 West Sunset Boulevard, Suite 500
West Hollywood, CA 90069
Tel: (310) 598-3690, x 101
Fax: (888) 975-1957
mbendat@psych-appeal.com

ZUCKERMAN SPAEDER LLP
Aitan Goelman (admitted *pro hac vice*)
Christopher R. MacColl (admitted *pro hac vice*)
1800 M St., NW, Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
agoelman@zuckerman.com
cmaccoll@zuckerman.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ROGER BROWN, on behalf of his beneficiary daughter,<br><br>Plaintiff,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH and UNITEDHEALTHCARE INSURANCE COMPANY,<br><br>Defendants. | Case No. 4:20-cv-04129-HSG<br><br>**STIPULATION AND ORDER RE: PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION TO PROCEED UNDER PSEUDONYM AND TO SEAL PERSONALLY IDENTIFYING INFORMATION** |

WHEREAS, Plaintiff will contemporaneously file his Administrative Motion to Proceed Under Pseudonym and to Seal Personally Identifying Information;

WHEREAS, Defendants do not oppose Plaintiff's Administrative Motion;

Plaintiff and Defendants, by their undersigned attorneys, hereby stipulate, subject to the approval of the Court, that Plaintiff is permitted to proceed under the pseudonym Roger Brown, use the pseudonym Jane Brown for his daughter, and seal personally identifiable information.

Dated: September 9, 2020     ZUCKERMAN SPAEDER LLP

*/s/ Aitan D. Goelman*
Aitan D. Goelman (admitted *pro hac vice*)
Christopher R MacColl (admitted *pro hac vice*)

PSYCH-APPEAL, INC.
Meiram Bendat (Cal. Bar No. 198884)

*Counsel for Plaintiff*

Dated: September 9, 2020     CROWELL & MORING LLP

*/s/ Dylan Burstein*
Jennifer S. Romano
Dylan Burstein

*Counsel for Defendants*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: September 9, 2020     */s/ Aitan D. Goelman*
Aitan D. Goelman

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 25, 2020

Haywood S. Gilliam, Jr.
United States District Judge