UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ROGER BROWN, on behalf of his beneficiary daughter,<br><br>                    Plaintiff,<br><br>        v.<br><br>UNITED BEHAVIORAL HEALTH and UNITEDHEALTHCARE INSURANCE COMPANY,<br><br>                    Defendants. | Case No. Case No. 4:20-cv-04129-HSG<br><br>Judge:  Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE**<br><br>Complaint filed: June 22, 2020 |

Pursuant to the parties' joint stipulation, IT IS HEREBY ORDERED that the deadlines in this action will be extended as follows:

| EVENT | DATE |
| --- | --- |
| Motions for Summary Judgment or for Findings and Conclusions | February 18, 2021 |
| Oppositions to Motions | March 11, 2021 |
| Replies in Support of Motions | March 25, 2021 |
| Hearing on Motions | April 8, 2021 at 2 p.m. |

Dated:  1/4/2021

Honorable Haywood S. Gilliam, Jr.
United States District Judge

ORDER GRANTING STIPULATION TO EXTEND
BRIEFING SCHEDULE
CASE NO. 4:20-CV-04129-HSG